```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                     CENTRAL DIVISION
                      AT LEXINGTON
```

**CIVIL ACTION NO. 2014-106 (WOB-CJS)**

**CHARLES ALLEN WELLS, SR.**                              **PLAINTIFF**

**VS.**                              <u>**ORDER**</u>

**CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 10), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 10) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that defendant's motion for summary judgment (Doc. 9) is **denied;** that plaintiff's motion for summary judgment (Doc. 7) is **granted in part** as to plaintiff's request for a reversal of the Commissioner's decision and remand, and **denied in part** to the extent plaintiff requests a court-ordered award of benefits; and the decision is **reversed** and **remanded** to the Commissioner under sentence four of 42 U.S.C. §405(g), with instructions to the ALJ to reassess whether plaintiff is

disabled at step three of the sequential evaluation as to plaintiff's satisfaction of the 12.05(C) listing and, if necessary, step four as to the development of plaintiff's residual functional capacity.

This 9th day of September, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge